**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KARA SOMMERVILLE,**

     **Plaintiff,**

**v.**                         **Case No.: 6:25-cv-00216-WWB-UAM**

**HOMES FOR HEROES INC.,**

     **Defendant.**

_____/

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 2.02, the Law Firm of Wenzel Fenton Cabassa, P.A., Brandon J. Hill, and Hannah E. DeBella (collectively "WFC"), hereby file this Motion to Withdraw as Counsel for Plaintiff, Kara Sommerville, in this action. The undersigned was retained by the Plaintiff to represent her in the above-styled action. However, as explained below, WFC now respectfully moves to withdraw. In support thereof, WFC states as follows:

### SUPPORTING FACTS

1.    Rule 4-1.16(b), Rules Regulating the Florida Bar, states that a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client, or if the client insists on pursuing an objective that the lawyer considers repugnant or imprudent, or if the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client, or if other good cause for

withdrawal exists.

2.   The comments to Rule 4-1.16 state that "The court may request an explanation for the withdrawal, while the lawyer may be bound to keep confidential the facts that would constitute such an explanation. The lawyer's statement that professional considerations require termination of the representation ordinarily should be accepted as sufficient."

3.   Professional considerations require termination of the representation in this case.

4.   Due to fundamental disagreements regarding the direction and actions to be taken in this matter, as well as a deterioration in the attorney-client relationship, which renders continued representation unworkable and would impair the ability to represent the Plaintiff effectively, the undersigned counsel has determined that withdrawal from representation is necessary and appropriate.

5.   The undersigned counsel has advised Plaintiff of this decision and has taken steps to ensure that Plaintiff's interests are not materially harmed by this withdrawal, in accordance with the ethical obligations governing the legal profession. The undersigned counsel provided Plaintiff with the mandatory fourteen (14) day notice of intent to withdraw as required by Local Rule 2.02(c)(1)(A).

6.   Because the Rules Regulating the Florida Bar anticipate that the undersigned counsel may withdraw under the circumstances presented by the facts in this case, and because the Plaintiff will not be prejudiced by the withdrawal of

the undersigned counsel, the undersigned counsel respectfully requests that this Court permit WFC to withdraw from representing the Plaintiff in this case.

5.    Finally, below is Kara Sommerville's contact information, to ensure that she receives by mail copies of future filings, briefs, etc.:

Address: 1517 Magnolia Ave., Sanford, Florida 32771;

Email: karasomm@gmail.com; and

Phone: 407-461-8322.

## **LOCAL RULE 3.01(g) CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned conferred with counsel for the Defendant and the Defendant does not oppose the relief requested in this motion.

***WHEREFORE***, for the reasons set forth herein, the undersigned counsel respectfully requests that this Court permit WFC to withdraw from this case.

Dated this 9th day of July, 2025

Respectfully submitted,

*/s/ Brandon J. Hill*
**BRANDON J. HILL**
Florida Bar Number: 0037061
Direct Dial: 813-337-7992
**HANNAH E. DEBELLA**
Florida Bar Number: 1026002
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Facsimile: 813-229-8712
Email: bhill@wfclaw.com

Email: hdebella@wfclaw.com
Email: aketelsen@wfclaw.com
**Counsel for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 9th day of July, 2025, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Brandon J. Hill
**BRANDON J. HILL**